UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LUCIL DEORAJ,
:
:
:
               Plaintiff,               :
:      25-CV-05985 (JAV)
    -v-                               :
:           ORDER
JETBLUE AIRWAYS CORPORATION,      :
:
:
:
               Defendant.      :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated August 4, 2025, ECF No. 8, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by October 16, 2025. The Court is in receipt of the parties' October 16, 2025 joint status letter and proposed Civil Case Management Plan and Scheduling Order. ECF No. 11.

      The October 16, 2025 joint status letter does not conform to the requirements as set forth in the Court's August 4, 2025 Order. The parties shall submit a joint status letter to include the contents as described in the Court's August 4, 2025 Order by no later than **October 21, 2025**.

    SO ORDERED.

Dated: October 20, 2025
       New York, New York                    _____
                                                  JEANNETTE A. VARGAS
                                                  United States District Judge