

Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2210
Direct Fax: 718 559-6759

jberry@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
—————
Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz
—————
Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Justin Bettis
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
Scott W. Clark
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Ronald B. Groman
Jeffrey Hellerman
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Philip R Reid*
Natalia LaMorta
Emily Huang
Ashley Rajakaruna
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
Clifford R. Tucker*
William W. Wallis*
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

**MEMO ENDORSED**

February 13, 2026

Hon. Jeannette A. Vargas
U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

Re.    *Deoraj v, JetBlue Airways Corporation*
25 Civ. 05985 (JAV) (RL)

Dear Judge Vargas:

As per the Case Management Plan dated February 2, 2026, fact discovery has concluded on the above-referenced matter on today, February 13, 2026. As such, we are submitting the following Joint Status Letter to the Court to advise on the present status of the matter. Defendant has reviewed this letter and consents to its submission. Presently we have no active discovery concerns which require Court intervention and are taking meaningful steps to settle this case.

As of today's date, both parties have submitted to depositions, with Plaintiff and Defendant witness testifying on January 20, 2026, and January 30, 2026, respectively. The only outstanding fact discovery matter are post-deposition demands, which are presently being served against Defendant, and there are presently no reasons to believe parties will face additional issues regarding same. Parties herein did request on January 29, 2026, to extent fact discovery to permit additional time to depose Defendant's witness, ands have since resolved that matter without further issue.

Presently, the next discovery milestone is expert witness discovery which must be concluded by April 30, 2026. The controlling Case Management Order provides that parties are to designate expert witnesses by February 27, 2026, with the ability to extend same deadline on consent of all parties without requesting the approval of the Court. There does not appear to be any issues regarding the expert witness phase of discovery.

| **Main Office** | **Bayside Office** | **Manhattan Office** | **New Jersey Office** |
|---|---|---|---|
| 31-19 Newtown Avenue | 42-40 Bell Boulevard | 32 Broadway | 2160 North Central Road |
| Seventh Floor | Suite 300 | Suite 1818 | Suite 306 |
| Astoria, NY 11102 | Bayside, NY 11361 | New York, NY 10004 | Fort Lee, NJ 07024 |

**S&F**

Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

With the benefit of fact discovery, the parties are interested in broaching settlement. Plaintiff has issued a demand and awaits a response. We request that this matter be referred to the Court's Mediation Panel for Mediation at the earliest convenient time.

As expert discovery in, if taken to its full extent, will require access to the actual aircraft, temporary informal grounding of the aircraft so that its beverage equipment could be examined, we respectfully request some provision be made for the completion of expert discovery after the mediation.

As such, we respectfully request that the Court make provision for completing expert discovery thirty days after the scheduled mediation, should the case not settle therein. If the Court finds such request acceptable we request your Honor provide a Mediation Referral Order so that parties may proceed.


Thank you for your courtesy in this matter.


Respectfully submitted,
**SACCO & FILLAS, LLP**

Jack Berry, Esq.

JB /jb
Enclosure(s)

CC:
Frederick Alimonti, Esq.
Alimonti Law Office, P.C.
Attorney for Defendant
JetBlue Airways Corporation
8 Madison Avenue
Second Floor
Valhalla, NY 10595
(914) 948-8656


The parties' request for a stay of the expert discovery deadline until thirty days after the completion of mediation is **GRANTED**. The parties shall submit a joint status letter by **July 10, 2026**.

SO ORDERED.
Dated: March 12, 2026

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE